UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 24-MJ-84 (RMM) |
| v. | : | VIOLATIONS: |
| VICTOR SCOTT TERRILL, | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : | 22 D.C. Code §§ 405(c), 4502 (2001 ed.) Assaulting a Law Enforcement Officer (Felony) While Armed |
| | : | 22 D.C. Code § 4504(b) (2001 ed.) (Possession of a Firearm During a Crime of Violence or Dangerous Offense). |
| | : | FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about February 29, 2024, within the District of Columbia, **VICTOR SCOTT TERRILL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince George's County Maryland, criminal case numbers CT160058X and CT030919X, and in the Superior Court for the District of Columbia, criminal case number 2004-FEL-003486, did unlawfully and knowingly receive and possess a firearm, that is, a Smith & Wesson .40 Caliber SD40VE and did unlawfully and knowingly receive and possess

ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about February 29, 2024, within the District of Columbia, **VICTOR SCOTT TERRILL**, while armed with and having readily available a firearm, without justifiable and excusable cause, did assault F.J., a law enforcement officer operating in the District of Columbia, knowing F.J. to be a law enforcement officer, while F.J. was engaged in and on account of the performance of his official duties, and **VICTOR SCOTT TERRILL** caused significant bodily injury to F.J. and committed a violent act that created a grave risk of significant bodily injury to F.J.

**(Assaulting a Law Enforcement Officer (Felony) While Armed**, in violation of 22 D.C. Code, Sections 405 (c) and 4502 (2001 ed.))

## COUNT THREE

On or about February 29, 2024, within the District of Columbia, **VICTOR SCOTT TERRILL** did possess a firearm while committing the crime of Assaulting a Law Enforcement Officer (Felony) While Armed, as set forth in Count Two of this Indictment.

**(Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Smith & Wesson .40 Caliber SD40VE semi-automatic pistol and .40 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*[signature]*
Attorney of the United States in
and for the District of Columbia.

3